# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEZRELL CRAWFORD,<br><br>          Plaintiff,<br><br>     v.<br><br>SGT. CURRAN, et al.,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:15-cv-01713-SAB (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>[ECF No. 4] |

Plaintiff Jezrell Crawford ("Plaintiff") filed a complaint on November 12, 2015.  (ECF No. 1.) On January 20, 2016, at the order of the Court, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **January 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1